JAMES C. NIELSEN (111889)
 *jnielsen@nielsenhaley.com*
MARY N. ABBOTT (74846)
 *mabbott@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff
NORTH EAST INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH EAST INSURANCE COMPANY, a Maine corporation,<br><br>    Plaintiff,<br>    v.<br><br>MASONMAR, INC., a California corporation, DANIEL MILA, an individual FLORENCIO VELASCO, an individual, and NICO BUSTOS, an individual,<br><br>    Defendants. | No. 1:13-cv-00364-AWI-SAB<br><br>STIPULATION AND ORDER FOR DISMISSAL OF MASONMAR, INC. |

**STIPULATION**

1

STIPULATION AND ORDER FOR DISMISSAL OF MASONMAR, INC.

1   Plaintiff North East Insurance Company, through counsel, and defendant Masonmar, Inc., through its president, Damen Martin, hereby stipulate as follows:

1.   North East has provided copies of the pleadings and service papers in this declaratory-judgment lawsuit to defendant Masonmar, Inc.

2.   Masonmar, Inc., has informed North East that Masonmar, Inc., does not dispute North East's contentions set forth in its complaint and wishes to be dismissed.

3.   After consulting with counsel, Masonmar, Inc., stipulates that it is and will be bound by the outcome of this declaratory-judgment lawsuit between plaintiff North East, on one hand, and defendants Mila, Velasco, and Bustos, on the other hand.

4.   Based on the above, North East and Masonmar, Inc., stipulate that Masonmar, Inc., be dismissed without prejudice from this lawsuit.

May 28, 2013                          MASONMAR, INC.

                                      By:_____/S/ Damen Martin_____
                                             Damen Martin, President

May 24, 2013                          NIELSEN, HALEY & ABBOTT LLP

                                      By:_____/S/ James C. Nielsen,Esq._____
                                             James C. Nielsen
                                             Attorneys for Plaintiff
                                             NORTH EAST INSURANCE COMPANY

## **ORDER**

In accordance with the above stipulation, IT IS HEREBY ORDERED that Masonmar, Inc., is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  May 30, 2013                  _____
                                              SENIOR  DISTRICT  JUDGE