# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH EAST INSURANCE COMPANY, a Maine corporation,**<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>**MASONMAR, INC., a California corporation, et al.,**<br><br>　　　　　　Defendants. | 1:13-CV-364  AWI SAB<br><br>**ORDER VACATING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

　　　Currently pending before the Court are cross-motions for summary judgment. Hearing on the motions is scheduled for October 7, 2013. Pursuant to Local Rule 230(c), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument. Local Rule 230.

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 7, 2013, is VACATED, and the parties shall not appear at that time. As of October 7, 2013, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 3, 2013

　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE