# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH EAST INSURANCE COMPANY, | Case No. 1:13-cv-00364-AWI-SAB |
| Plaintiff, | ORDER APPROVING STIPULATION |
| v. | ECF NO. 40 |
| MASONMAR, INC., et al., | |
| Defendants. | |

On February 5, 2014, the parties in this action filed a stipulation to continue the dates in the Court's scheduling order. (ECF No. 40.) The Court will approve the stipulation. However, the Court has a scheduling conflict with the date proposed by the parties for the jury trial and will therefore modify the parties' proposed trial date.

Accordingly, it is HEREBY ORDERED that the dates on the Court's scheduling order are continued as follows:

**Discovery Deadlines:**

| | |
|---|---|
| Non-Expert Discovery: | July 9, 2014 |
| Expert Disclosure: | June 12, 2014 |
| Supp. Expert Disclosure: | July 9, 2014 |
| Expert Discovery: | July 23, 2014 |

///

**Non-Dispositive Motion Deadlines:**

    Filing:                       July 9, 2014

    Hearing:                 Pursuant to Local Rules

**Dispositive Motion Deadlines:**

    Filing:                       July 23, 2014

    Hearing:                 Pursuant to Local Rules

**Pre-Trial Conference:**          October 16, 2014 at 8:30 a.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii

**Jury Trial:**                       December 2, 2014 at 9:00 a.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii

IT IS SO ORDERED.

Dated:   **February 6, 2014**

UNITED STATES MAGISTRATE JUDGE