# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH EAST INSURANCE COMPANY, a Maine corporation,<br><br>Plaintiff<br><br>v.<br><br>MASONMAR, INC., a California corporation, DANIEL MILA, FLORENCIO VELASCO, and NICO BUSTOS, | CASE NO. 1:13-CV-364 AWI SAB<br><br>ORDER FOR THE SUBMISSION OF THE STANISLAUS COUNTY SUPERIOR COURT COMPLAINT |

Currently pending before the Court for a decision are cross motions for summary judgment. The cross motions are under submission. Upon further review, the Court finds that it would be helpful to have a copy of the Complaint in the Stanislaus County Superior Court case *Mila et al. v. Masonmar, Inc.*, Case No. 684136.

Accordingly, IT IS HEREBY ORDERED that, either the parties jointly or Defendants Mila, Velasco, and Bustos, shall file in this Court as an exhibit a copy of the complaint in in the Stanislaus County Superior Court case *Mila et al. v. Masonmar, Inc.*, Case No. 684136, <u>as soon as possible</u>, but no later 10:00 a.m. on March 13, 2014.

IT IS SO ORDERED.

Dated:   March 7, 2014                    _____
                                                                    SENIOR  DISTRICT  JUDGE